*H. J. Haynsworth*, for the motion. *G. G. Wells*, contra.

No. 2815. STATE *v.* McFAIL. November Term, 1891. *Habeas Corpus.* This was an order for bail in the sum of $4,000, with not less than two nor more than five sureties, pending defendant's appeal to the Supreme Court from a sentence to imprisonment for seven years in the penitentiary, on a conviction of manslaughter with a recommendation to mercy. Granted PER CURIAM December 14, 1891.